1  Michael T. Scott (SBN 255282)
   JONES DAY
2  555 California Street, 26th Floor
   San Francisco, CA 94104
3  Telephone: (415) 875-5874
   Facsimile: (415) 875-5700
4  Email: michaelscott@jonesday.com

5  *Attorneys for Defendant*
   Experian Information Solutions, Inc.

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALI UTKU,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., AWA COLLECTIONS<br><br>Defendants. | Civil Action No: CV10-00296 CRB<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

On January 21, 2010, Plaintiff Ali Utku, ("Utku"), filed an action in the United States District Court, Northern District of California. Utku's Complaint was served on Defendant Experian Information Solutions, Inc. ("Experian") on February 3, 2010. Experian agreed to waive service of a summons on February 22, 2010.

In accordance with Local Rule 6-1(a), Utku and Experian have agreed to an extension for Experian to answer or otherwise respond to the Complaint to April 12, 2010.

STIP. FOR EXTENSION OF TIME
TO RESPOND TO COMPLAINT
Case No. C-10-00296-CRB

Case 3:10-cv-00296-CRB   Document 6   Filed 03/19/10   Page 2 of 2

Accordingly, IT IS HEREBY STIPULATED by and between Utku and Experian, that the deadline for Experian to answer or otherwise respond to the Complaint is extended until April 12, 2010.

Dated: March 10, 2010

G. Thomas Martin, III, Esq. (SBN 218456)
KROHN & MOSS, LTD.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Telephone: (323) 988-2400
Facsimile: (866) 802-0021
tmartin@consumerlawcenter.com

Attorneys for Plaintiff
Ali Utku

Dated: March 10, 2010

Michael T. Scott (SBN 255282)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 875-5874
Facsimile: (415) 875-5700
michaelscott@jonesday.com

Attorneys for Defendant
Experian Information Solutions, Inc.

**UNITED STATES DISTRICT COURT / NORTHERN DISTRICT OF CALIFORNIA**
**IT IS SO ORDERED**
Judge Charles R. Breyer
03/19/10

2

STIP. FOR EXTENSION OF TIME
TO RESPOND TO COMPLAINT
Case No. C-10-00296-CRB